**COURTROOM DEPUTY MINUTES**     **DATE:** May 17, 2006
**MIDDLE DISTRICT OF ALABAMA**     10:12 - 10:28
    **DIGITAL RECORDING:** 10:35 - 10:36

- ☐ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- √ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

**PRESIDING MAG. JUDGE** VANZETTA PENN MCPHERSON   **DEPUTY CLERK:** WANDA ROBINSON

**CASE NO.** 2:06CR123-MHT     **DEFT. NAME:** Francisco Ulloa-Jiminez

**USA:** Clarke Morris     **ATTY:** John Poti

Type Counsel: ( ) Retained; (√) Panel CJA; ( ) Waived; ( ) CDO;

**USPTSO/USPO:**

**Defendant** √ does ___ does NOT need an interpreter; NAME Beverly Childress

| | | |
|---|---|---|
| ☐ Kars. | Date of Arrest _____ or ☐ karsr40 | |
| ☐ kia. | Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator | |
| ☐ Finaff. | Financial Affidavit executed ☐ to be obtained by PTS; ☐ **ORAL** Motion for Appt. Of Counsel. | |
| ☐ koappted | **ORAL ORDER** appointing Federal Defender - **Notice to be filed.** | |
| ☐ 20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher | |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ | |
| ☐ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; | |
| ☐ | Government's **WRITTEN** Motion for Detention Hrg. filed. | |
| ☐ | **DETENTION HRG** ☐ held; ☐ set for _____ ; ☐ **Prelim. Hrg** ☐ Set for _____ | |
| ☐ kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered | |
| ☐ kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered | |
| ☐ kocondrls. | Release order entered. ☐ Deft. advised of conditions of release. | |
| ☐ kbnd. | ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR) | |
| | ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered | |
| ☐ Loc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody | |
| ☐ ko. | Deft. **ORDERED REMOVED** to originating district | |
| ☐ kwvprl. | Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing) | |
| ☐ | Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury. | |
| √ Karr. | **ARRAIGNMENT** SET FOR: _____ √☐ **HELD**. Plea of **NOT GUILTY** entered. | |
| | √☐ Trial Term 8/7/06 ; ☐ **PRETRIAL CONFERENCE DATE:** 6/9/06 | |
| | √☐ **DISCOVERY DISCLOSURES DATE:** 5/17/06 | |
| ☐ Krmknn. | **NOTICE** to retained Criminal Defense Attorney handed to Counsel | |
| ☐ krmvhrg. | Identity/Removal Hearing set for _____ | |
| √ Kwvspt | **Waiver of Speedy Trial Act Rights Executed.** | |