## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Case No. 2:06cr123-MHT** |
| ) | |
| **FRANCISCO ULLOA-JIMINEZ** ) | |

### MOTION FOR FUNDS TO EMPLOY INTERPRETER

COMES NOW Defendant, by and through counsel, and prays that this Court will authorize him to employ Ms. Beverly M. Childress, 24178 Antioch Rd., Andalusia, AL 36420, as an interpreter in this case at the expense of the government. As grounds Defendant would show as follows:

1. Mr. Ulloa-Jiminez does not speak English.

2. Counsel does not speak Spanish.

3. The absence of a federally certified interpreter would prejudice the right of Defendant to a fair trial.

4. Mr. Ulloa-Jiminez is incarcerated, indigent, and without funds with which to employ an interpreter.

5. Ms. Childress is a federally certified interpreter who is well known to this Court. Ms. Childress has agreed to accept appointment.

WHEREFORE, the premises considered, Defendant prays that the Court will appoint, and/or permit counsel to employ at the expense of the government, Ms. Beverly Childress as interpreter for Defendant.

RESPECTFULLY SUBMITTED, this 18th day of May, 2006.

    s/John M. Poti
**JOHN M. POTI (POT013)**
Attorney for Francisco Ulloa-Jiminez
696 N. Silver Hills Drive, Suite 102
Prattville, AL 36066-6184
TEL: (334) 361-3535
FAX: 1-866-780-9012
E-mail: john@jmpoti.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: <u>A. Clark Morris</u>, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: <u>     none   </u>.

            <u>s/John M. Poti          </u>
**JOHN M. POTI (POT013)**
Attorney for Francisco Ulloa-Jiminez
696 N. Silver Hills Drive, Suite 102
Prattville, Alabama 36066-6184
TEL:  (334) 361-3535
FAX: 1-866-780-9012
E-mail: john@jmpoti.com