IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06CR123-MHT |
| | ) | |
| FRANCISCO ULLOA-JIMINEZ | ) | |

**ORDER**

On 18 May 2006, the defendant filed a Motion For Funds to Employ Interpreter (Doc. # 82). That the defendant does not speak English while his counsel does not speak Spanish are not atypical scenarios in this court, and the court has accustomed policies and procedures to address the communication difficulties arising therefrom. Those procedures include the scheduling of interpreter services with the Clerk of the court.

Accordingly, on or before 26 May 2006, the defendant shall show cause in writing why the court's customary procedures are inadequate to address counsel's needs and why it is necessary in this case *to employ the court's certified interpreter independently*. In this connection, counsel is ADVISED that, although the court requires services by a certified interpreter during courtroom procedures, counsel may employ a non-certified interpreter for private communications with the defendant.

DONE this 23rd day of May, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE