IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:06cr123-MHT |
| | ) | |
| FRANCISCO ULLOA-JIMINEZ | ) | |

**RESPONSE TO SHOW CAUSE ORDER**

COMES NOW Defendant, by and through counsel, in compliance with this Court's Order (Doc. No. 88) directing to show cause in writing as to why the court's customary procedures regarding interpreters is inadequate and why it is necessary to employ the court's certified interpreter independently. In response counsel would show:

1. The Defendant is a Mexican national whose knowledge of the English language is extremely limited. Counsel speaks no Spanish. The ability of the Defendant and his counsel to communicate without the aid of a translator/interpreter is non-existent.

2. The Court has a certified translator for all in-court matters. Counsel acknowledges the advice of the Court that non-certified interpreters may be employed for private communications, and withdraws his request to employ the Courts' certified interpreter independently for these purposes.

3. However, Counsel requires an interpreter to be available for short-notice conferences and other meetings occurring out of Court. The Courts certified interpreter lives in Andalusia, Alabama, and it would be impracticable for her to attend these attorney-client conferences on short notice.

4. Counsel believes the services of a non-federally certified translator should be available for $50-75 per hour, and that approximately 20 hours of translation services would

be required in out-of-Court defense preparations and discussions should the matter proceed to trial.

WHEREFORE, the Defendant respectfully moves this Honorable Court to authorize the expenditure of translator services up to the maximum amount designated by statute.

RESPECTFULLY SUBMITTED, this 26th day of May, 2006.

    s/John M. Poti
**JOHN M. POTI (POT013)**
Attorney for Francisco Ulloa-Jiminez
696 N. Silver Hills Drive, Suite 102
Prattville, AL 36066-6184
TEL: (334) 361-3535
FAX: 1-866-780-9012
E-mail: john@jmpoti.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: A. Clark Morris, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:   none   .

s/John M. Poti
**JOHN M. POTI (POT013)**
Attorney for Francisco Ulloa-Jiminez
696 N. Silver Hills Drive, Suite 102
Prattville, Alabama 36066-6184
TEL:    (334) 361-3535
FAX:    1-866-780-9012
E-mail: john@jmpoti.com