IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06CR123-MHT |
| | ) | |
| FRANCISCO ULLOA-JIMINEZ | ) | |

**ORDER ON MOTION**

Upon consideration of the defendant's Response to Show Cause Order, construed by the court as a Motion For Expenses for Non-Certified Interpreter and filed on 26 May 2006 (Doc. # 89), it is

ORDERED that the motion is GRANTED.

The court is mindful of counsel's need to confer with the defendant in preparation for the trial of this case. However, the federally certified interpreter, Ms. Beverly Childress, cannot be available for counsel's individual needs in this case while providing the services needed by the court for proceedings. Counsel has represented that the defendant needs the services of a non-federally certified translator can be available for $50-$75 per hour and that "approximately 20 hours of translation services" are required "in out-of-Court defense preparations and discussions". Accordingly, it is further

ORDERED that counsel may employ a non-federally certified interpreter, the cost of which may not exceed $1000. Counsel is ADVISED to use his best judgment to use the services economically.

DONE this 5th day of June, 2006.

                                              /s/ Vanzetta Penn McPherson
                                              VANZETTA PENN MCPHERSON
                                              UNITED STATES MAGISTRATE JUDGE