| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 6/9/06 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 9:11 - 9:14 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:06cr123-MHT    **DEFENDANT(S):** Francisco Ulloa-Jiminez

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Clark Morris | * | John M. Poti |
| (NOT PRESENT) | * | |

☐ **DISCOVERY STATUS:**    NOT Complete

Defense Counsel should file a Notice of Discovery Incomplete by Next Friday if issues not resolved

☐ **PENDING MOTION STATUS:**    Motion to Sever -moot if Horacio Jaimes-Albiter pleas

ORAL Motion to Suppress during pretrial

☐ **PLEA STATUS:**    Likely Plea by 7/21/06 Consent Docket

☐ **TRIAL STATUS**    3 Days for Trial

☐ **REMARKS:**