IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-CR-123-MHT |
| | ) | |
| FRANCISCO ULLOA-JIMINEZ | ) | |

## ORDER ON MOTIONS

During the Pretrial Conference in this case on 9 June 2006, counsel for defendant made an oral motion to withdraw the motion to suppress (doc. #95), filed 7 June 2006. For good cause, it is

ORDERED that the oral motion is hereby granted, and accordingly, the CLERK shall terminate the suppression motion as "withdrawn."

DONE this 12TH day of June 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

FOR

VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE