IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:06-CR-123-MHT |
| | ) | |
| FRANCISCO ULLOA-JIMINEZ | ) | |

## ORDER

Upon consideration of the government's motion for release of prisoner filed on June 20, 2006, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Francisco Ulloa-Jiminez, to Neill Thompson, DEA, on June 21, 2006, through September 21, 2006, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Neill Thompson, DEA, return said prisoner into the custody of the United States Marshals Service when he has finished with him.

Done this the _____ day of June, 2006.

_____
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE