IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06CR123-MHT |
| | ) | |
| FRANCISCO ULLOA-JIMINEZ | ) | |

**ORDER**

The defendant recently withdrew his Motion to Suppress, and he has been released to confer with government agents (See Doc. # 114). Accordingly, it is

ORDERED that, on or before 10 July 2006, the defendant shall show cause in writing why his Motion to Sever, filed o 7 June 2006 (Doc. # 96), should not be DISMISSED as moot.

DONE this 30th day of June, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE