## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:06cr123-MHT** |
| | ) | |
| **FRANCISCO ULLOA-JIMINEZ** | ) | |

### NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the defendant, by and through counsel and gives his notice of his intent to change his plea to one of guilty and requests that a hearing for that purpose be set on the July 31, 2006 plea docket.

Respectfully submitted this 25th day of   July   , 2006.

  s/John M. Poti

**JOHN M. POTI (POT013)**
Attorney for Francisco Ulloa-Jiminez
696 N. Silver Hills Drive, Suite 102
Prattville, Alabama 36066-6184
TEL:  (334) 361-3535
FAX: 1-866-780-9012
Email: john@jmpoti.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: A. Clark Morris, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:        none    .

s/John M. Poti
**JOHN M. POTI  (POT013)**
Attorney for Francisco Ulloa-Jiminez
696 N. Silver Hills Drive, Suite 102
Prattville, Alabama 36066-6184
TEL:   (334) 361-3535
FAX:  1-866-780-9012
Email: john@jmpoti.com