| COURTROOM DEPUTY MINUTES | DATE: 7/31/06 | DIGITAL RECORDING: 9:00 - 10:03 |
|---|---|---|

MIDDLE DISTRICT OF ALABAMA        COURT REPORTER: Jimmy Dickens

❏ ARRAIGNMENT        x CHANGE OF PLEA        ❏ CONSENT PLEA

❏ RULE 44(c) HEARING        ❏ SENTENCING

**PRESIDING MAG. JUDGE:** *Vanzetta Penn McPherson*        **DEPUTY CLERK:** *WANDA ROBINSON*

**CASE NUMBER:** *2:06cr123-MHT*        **DEFENDANT NAME:** *Francisco Ulloa-Jiminez*

**AUSA:** *A. Clark Morris*        **DEFENDANT ATTY:** *John M. Poti*

Type Counsel:    ( ) Waived;    ( ) Retained;    ( ) Panel CJA;    (X) CDO

**USPO:** Jakki Caple

Defendant __x__ does _____ does NOT need and interpreter.

Interpreter present? _____ NO    __x__ YES    Name: Beverly Childress

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ❏ Not Guilty                         ❏ Nol Contendere

❏ Not Guilty by reason of insanity

X-Guilty as to:

   X-Count(s) __1, 2__ of the Felony Indictment.

   ❏ Count(s) _____    ❏ dismissed on oral motion of USA;

                              ❏ to be dismissed at sentencing

X — **ORAL ORDER ADJUDICATING GUILT as to COUNTS 1 and 2**

X — Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea Agreement entered

— _____ Days to file pretrial motions.    ❏ _____ Trial date or term.

— **ORDER:** Defendant Continued under ❏ same bond ; ❏ Released on Bond & Conditions of Release
     ❏ summons; for:

❏ Trial on _____; ❏ Sentencing on _____ ❏ _____ Bond ❏ to be set by Separate Order

X — **ORDER:** Defendant remanded to custody of U.S. Marshal for:

   ❏ Posting a $_____ Bond;

   ❏ Trial on _____; or X- Sentencing -X- to be set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.