# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT MONTGOMERY   ALABAMA

DATE COMMENCED   October 12, 2006           AT  11:57   A.M./P.M.

DATE COMPLETED   October 12, 2006           AT  12:05   A.M./P.M.

UNITED STATES OF AMERICA                    Criminal Action
                                            2:06-cr-123-04-MHT
        VS.

FRANCISCO ULLOA-JIMINEZ

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA A. Clark Morris | X | Atty John M. Poti |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, | Daniel Korobkin, | Mitchell Reisner, |
| Courtroom Clerk | Law Clerk | Court Reporter |

Beverly Childress, Interpreter

PROCEEDINGS:

( )   NONJURY TRIAL
(x)   OTHER PROCEEDING:       SENTENCING HEARING

| 11:57 a.m. | Sentencing hearing commenced. Terms of plea agreement stated on the record. Probation concurs with plea agreement. Court accepts plea agreement. Sentence imposed; **ORAL ORDER** during sentence imposition granting motion for downward departure and motion for reduction in criminal offense level. |
| 12:05 a.m. | Hearing concluded. |