RECEIVED

2007 JAN 11 A 9:45

P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

January 5, 2007

The Honorable Judge Myron H. Thompson
United States District Judge
United States District Court
Middle District of Alabama
P.O. Box 711
Montogomery, AL 36101-0711

Re:   Ulloa-Jiminez, Francisco
      Reg. No.  11937-002
      Case No.  2:06CR123-004-MHT

Dear Judge Thompson:

You recently sentenced the above-named inmate to a term of Fifty One (51) months for CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE and POSSESSION WITH INTENT TO DISTRIBUTE COCAINE. At the time of sentencing, you recommended Mr. Ulloa-Jiminez participate in the 500 Hour Intensive Drug Program during incarceration.

Due to Mr.Ulloa-Jiminez's alien status, he was designated to McRae Correctional Facility, McRae, Georgia, a privately-owned facility, which houses deportable aliens under a contract with the Federal Bureau of Prisons. While we do not offer a 500 Hour Intensive Drug Treatment Program at this facility, Mr. Ulloa-Jiminez will be encouraged to participate in available facility-level drug and alcohol education programs.

If you have questions or concerns, please do not hesitate to contact me.

Sincerely,

Michael V. Pugh
Warden

MVP/kc

SCANNED

**CORRECTIONS CORPORATION OF AMERICA**
McRae Correctional Facility
1000 Jim Hammock Drive
P.O. Box 368
McRae, GA 31055

United States District Court
Middle District of Alabama
P.O. Box 711
Montgomery, AL 36101-0711



US POSTAGE $00.390
JAN 09 2007
MAILED FROM ZIP CODE 31055